FILED
SUPERIOR COURT
OF GUAM

2022 JUN -8 PM 3: 03

CLERK OF COURT

BY:_____

# IN THE SUPERIOR COURT OF GUAM

PEOPLE OF GUAM,

v.

MELENIE IRENE BORJA,
DOB: 12/18/1981

Defendant.

Criminal Case No. CF0566-07
GPD Report No. 07-32927

**DECISION AND ORDER
GRANTING THE PEOPLE'S
RESTITUTION REQUEST**

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on March 24, 2022 for a Restitution Hearing. Assistant Attorney General Dannis Le represents the People, and Assistant Public Defender Jocelyn Roden represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **GRANTS** the People's restitution request.

## BACKGROUND

On September 10, 2008, Defendant pled guilty to Theft (as a 3rd Degree Felony), admitting to unlawfully taking several items from Madeline Horinouchi's (*aka* Madeline Torres's) ("Victim's") residence. See Judgment (Mar. 12, 2010). As part of her plea deal, Defendant was ordered to pay full restitution to Victim and her landlord, Eleanor L. Artero. Id. However, the People are no longer pursuing Artero's portion of the claimed restitution following her death. See People's Statement Regarding Restitution at 3 (Mar. 24, 2022).

On October 21, 2008, the People submitted Victim's restitution request in the amount of $13,996.53. See Restitution Report (Oct. 21, 2008). Victim requested restitution for the following items reportedly taken:

Decision and Order Granting the People's Restitution Request
CF0566-07, *People of Guam v. Melenie Borja*
Page 1 of 4

- Blue Sapphire Earrings --- $300

- Diamond Pendant --- $200

- 10k Gold Chain --- $40

- Pearl Ring on Gold Band --- $300

- Pearl Ring on Silver Band --- $500

- White Gold Diamond Earing --- $600

- 1896 Silver Dollar Coin --- $11,000

Id. Victim also requested $1,056.53 to repair or replace damaged parts of her home. Id.

The Court held a hearing on March 24, 2022. During the hearing, the Defendant stipulated to pay the $1,056.53 Victim requested to repair her home. See Court Minutes at 11:29:00 (Mar. 24, 2022). The Court then heard the parties' arguments concerning the remaining restitution requested, and took the matter under advisement.

## DISCUSSION

I. **Legal Standard:**

"The court shall require restitution in all cases where the offender has been convicted of a crime involving damage to property of the victim when the offender is or, given a fair opportunity to do so, will be able to pay the restitution." See 9 G.C.A. § 80.53.

A person convicted of a crime may be ordered to pay restitution in the amount of:

> (b) Five Thousand Dollars ($5,000.00) when the conviction is of a felony of the third degree;
> (e) Any higher amount equal to double the pecuniary gain to the offender or loss to the victim caused by the conduct constituting the offense by the offender. In such case the court shall make a finding as to the amount of the gain or loss, and if the record does not contain sufficient evidence to support such a finding the court may conduct a hearing upon the issue. For purposes of this Section, the term "gain" means the amount of money or the value of the property derived by the offender and the term "loss" means the amount of value separated from the victim;

See 9 G.C.A. § 80.50(b), (e). This means that the Court may order the Defendant to pay restitution up to five thousand dollars ($5,000.00) without any specific findings but must make findings for any higher amount, not to exceed double the loss to the victim or gain to

Decision and Order Granting the People's Restitution Request
CF0566-07, *People of Guam v. Melenie Borja*
Page 2 of 4

the Defendant. See *People v. Mallo*, 2008 Guam 23 ¶ 43. Here, the People seek $13,996.53 in restitution for Victim's losses, requiring the Court to make specific findings regarding those losses. The People bear the burden of proving losses by a preponderance of the evidence. See *United States v. Wakine*, 543 F.3d 546, 556 (9th Cir. 2008).

## II. Application:

Victim testified that several items were taken from her home during the burglary on November 29, 2007. See Court Recording at 11:12:15-11:13:20 (Mar. 24, 2022). These items include:

- A pair of blue sapphire earrings purchased for $300. Id. at 11:16:30.
- A diamond pendant valued at $200. Id. at 11:18:40.
- A 10k gold chain valued at $40. Id. at 11:19:20.
- A pearl ring on a gold band valued at $300. Id. at 11:20:00.
- A pearl ring on a silver band valued at $500. Id. at 11:21:00.
- A single white gold diamond earing valued at $600. Id. 11:22:20.

Victim testified that all of the jewelry listed above was taken from her master bedroom. Id. at 11:17:30. Many of the jewelry's exact values are unknown as they were gifts, but Victim was able to estimate their values through comparisons to similar pieces of jewelry online. Id. at 11:20:30.

Victim also testified that an 1896 silver dollar in excellent condition was taken during the burglary. Id. at 11:22:50. Victim was able to value the coin at $11,000 at the time of its taking through extensive research online. Id. at 11:24:45. Victim further testified that none of these items were ever recovered. Id. at 11:15:10; 11:31:30. Officer Angelito Manlulu's testimony corroborates this, as the Officer confirmed none of these items were ever returned to the Victim. Id. at 11:40:00-11:42:20.

The Court is satisfied that the People have shown by a preponderance of the evidence that all of the above items were taken from Victim during the burglary, that those items are properly valued at the amounts requested, and that those items were never returned to Victim.

Decision and Order Granting the People's Restitution Request
CF0566-07, *People of Guam v. Melenie Borja*
Page 3 of 4

## CONCLUSION

For the reasons stated above, the Court **GRANTS** the People's restitution request. **Defendant shall pay $13,996.53 to Victim in restitution.** This amount consists of $1,056.53 covering the home repair costs, and $12,940 covering Victim's missing jewelry and silver dollar coin.

**IT IS SO ORDERED** this June 8, 2022          .

_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Granting the People's Restitution Request
CF0566-07, *People of Guam v. Melenie Borja*
Page 4 of 4